**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, MARIE ROZENBERG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIE ROZENBERG ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 06:05-mj-00025 <br><br> ORDER TO <br> RETURN DEFENDANT'S PASSPORT |

ORDER

This matter having been adjudicated on June 17, 2005, and good cause having been shown;

IT IS HEREBY ORDERED: the Court shall return to Defendant, MARIE ROZENBERG, her United States passport; and it shall be mailed to her at the following address:

>   Marie Rozenberg
>   c/o Ann Rozenberg
>   707 Fathom Dr., #105
>   San Mateo, CA 94404

IT IS SO ORDERED.

**Dated:   July 26, 2005**                        /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE